**William T. ANGLE, Appellant, v. William S DUNCAN.**

No. 10293.

Circuit Court of Appeals, Eighth Circuit.

March 22, 1935.

McClintock & Quant, of Kansas City, Mo., for appellant.

Bowersock, Fizzell & Rhodes, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, but without taxation of attorney's docket fee in favor of appellee, on motion of appellant.

---

**In the Matter of ASSOCIATED GAS & ELECTRIC COMPANY, Debtor, General Public Ut'lities Corporation, Appellant.**

No. 327.

Circuit Court of Appeals, Second Circuit.

April 1, 1935.

Henry W. Killeen, of Buffalo, N. Y., for appellant.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Appeal dismissed in open court.

---

**Robert Eugene CALDWELL, Appellant, v. UNITED STATES of America.**

No. 10278.

Circuit Court of Appeals, Eighth Circuit.

March 5, 1935.

Thomas J. Rowe, Jr., of St. Louis, Mo., for appellant.

Herbert H. Freer, of St. Louis, Mo., for the United States.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee, for want of prosecution.

---

**CANFIELD LUMBER CO., Appellant, v. UNITED STATES of America.**

No. 10187.

Circuit Court of Appeals, Eighth Circuit.

Dec. 4, 1934.

Will H. Thompson and E. N. Blazer, both of Omaha, Neb., for appellant.

Charles E. Sandall, U. S. Atty., of Omaha, Neb., for the United States.

PER CURIAM.

Appeal (7 F. Supp. 694) docketed and dismissed, without costs to either party in this court on motion of appellant and consent of appellee.